PROB 12C
(6/16)

Report Date: February 2, 2023

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Matthew Jacob Moreno | Case Number: 0980 1:22CR02051-EFS-1 |
| Address of Offender: ▮▮▮▮▮▮▮ Goldendale, Washington 98620 | |
| Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: October 25, 2022 | |
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |
| Original Sentence: Prison - 7 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:  Thomas J. Hanlon | Date Supervision Commenced: December 16, 2022 |
| Defense Attorney:  Nick Mirr | Date Supervision Expires: December 15, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On January 11, 2023, the supervised release conditions were reviewed and signed by Mr. Moreno, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Mr. Moreno is alleged to have violated his conditions of supervision by consuming a controlled substance, methamphetamine, on or about January 10, 2023. |
| | On January 11, 2023, this officer contacted Mr. Moreno at his residence to complete his intake.  During the intake, this officer informed Mr. Moreno that he would be collecting a urinalysis (UA).  Mr. Moreno admitted he had consumed methamphetamine the day prior. Mr. Moreno signed an admission form admitting he had consumed methamphetamine on January 10, 2023. |

Prob12C
**Re: Moreno, Matthew Jacob**
**February 2, 2023**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Moreno is alleged to have violated his conditions of supervision by failing to enter into substance abuse treatment by January 25, 2023.

On January 11, 2023, this officer contacted Mr. Moreno at his residence. Mr. Moreno had yet to enroll in substance abuse treatment as he did not have a social security card and thus had not receive state health insurance. Staff at Comprehensive Healthcare (Comprehensive) informed him he could just receive an evaluation. This officer directed Mr. Moreno to receive the assessment from Comprehensive, and then stop by the probation office where this officer would assist him with applying for a state identification card. Mr. Moreno indicated he would do that. This officer also informed Mr. Moreno that as long as he completed these tasks within 2 weeks, which was by January 25, 2023, he would receive a no action report for his violation. Mr. Moreno voiced his understanding.

This officer attempted to call Mr. Moreno by telephone on January 19, 23, and 25, 2023; however, the phone would not accept voicemails or incoming calls. On January 25, 2023, this officer contacted staff at Comprehensive, verifying that Mr. Moreno did not receive an assessment for substance abuse treatment.

3     **Special Condition #1:** You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence:** Mr. Moreno is alleged to have violated his conditions of supervision by failing to enter into mental health treatment by January 25, 2023.

On January 11, 2023, this officer contacted Mr. Moreno at his residence. Mr. Moreno had yet to enroll in mental health treatment as he did not have a social security card and thus cannot receive state health insurance. Staff at Comprehensive informed him he could just receive an evaluation. This officer directed Mr. Moreno to receive the assessment from Comprehensive, and then stop by the probation office where this officer would assist him with applying for a state identification card. Mr. Moreno indicated he would do that. This officer also informed Mr. Moreno that as long as he completed these tasks within 2 weeks, by January 25, 2023, he would receive a no action report for his violation. Mr. Moreno voiced his understanding.

This officer attempted to call Mr. Moreno by telephone on January 19, 23, and 25, 2023; however, the phone would not accept voicemails or incoming calls. On January 25, 2023, this officer contacted staff at Comprehensive, verifying that Mr. Moreno did not receive an assessment for mental health treatment.

Prob12C
Re: Moreno, Matthew Jacob
February 2, 2023
Page 3

| | | |
|---|---|---|
| 4 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: Mr. Moreno is alleged to have violated his conditions of supervision by consuming a controlled substance, methamphetamine, on January 26, 2023.

On January 27, 2023, this officer received a telephone call from Mr. Moreno. During the conversation, Mr. Moreno admitted that he was worried about failing his upcoming UA on Wednesday, February 1, 2023. This officer inquired as to when Mr. Moreno had consumed methamphetamine, and Mr. Moreno stated on January 26, 2023.

| | | |
|---|---|---|
| 5 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: Mr. Moreno is alleged to have violated his conditions of supervision by consuming a controlled substance, methamphetamine, on or about January 30, 2023.

On January 31, 2023, this officer received a telephone call from Mr. Moreno. Mr. Moreno was calling to inform this officer that law enforcement had been called out to his home as he was arguing with his girlfriend; however, no charges were filed. During the course of the conversation, this officer noted that Mr. Moreno's speech was rushed and frenetic, similar to a person who had consumed methamphetamine. Mr. Moreno initially denied, but eventually admitted to consuming methamphetamine on January 30, 2023.

| | | |
|---|---|---|
| 6 | **Standard Condition #1:** You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. | |

**Supporting Evidence:** Mr. Moreno is alleged to have violated his conditions of supervision by failing to report to the probation office as directed on February 1, 2023.

On January 31, 2023, this officer received a telephone call from Mr. Moreno. During the conversation, this officer directed Mr. Moreno to report to the probation office on February 1, 2023, otherwise a warrant would be requested. Mr. Moreno voiced his understanding and acknowledged he had a ride to the probation office.

On February 1, 2023, Mr. Moreno failed to report to the probation office as directed. This officer attempted to call Mr. Moreno several times with no answer. As of the writing of this report, Mr. Moreno has not attempted to contact the probation office.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Moreno, Matthew Jacob**
February 2, 2023
Page 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 2, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

February 2, 2023
Date