PROB 12C
(6/16)

Report Date: December 15, 2023

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2024

SEAN F. McAVOY, CLERK

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Matthew Jacob Moreno          Case Number: 0980 1:22CR02051-EFS-1

Address of Offender: ███████████ Goldendale, Washington 98620

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 25, 2022

Original Offense:          Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:          Prison - 7 months          Type of Supervision: Supervised Release
                            TSR - 60 months

Revocation Sentence:        Prison - 47 days
(August 17, 2023)           TSR - 58 months

Asst. U.S. Attorney:       Thomas J. Hanlon          Date Supervision Commenced: September 18, 2023

Defense Attorney:          Nick Mirr          Date Supervision Expires: Tolling

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on September 28, 2023.

On August 17, 2023, Your Honor explained to Mr. Moreno the Court's expectations upon his release from custody. Mr. Moreno verbally stated he understood his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1:** You must not commit another federal, state or local crime. |

**Supporting Evidence:**  Mr. Moreno violated mandatory condition number 1 on or about November 23, 2023, by being charged with Controlled Substance Know Possession, a violation of the Revised Code of Washington 69.50.4013.1(A), Klickitat District Court case number 3A0682600.

Per the Goldendale Police Department (GPD) report, on November 23, 2023, at approximately 5 p.m., Mr. Moreno was arrested on the 100 Block of 3rd Street, Goldendale, Washington, for his United States Marshal's warrant. Upon the GPD officer searching Mr. Moreno incident to arrest, when asked, Mr. Moreno stated that he had methamphetamine (meth) and marijuana on him. Mr. Moreno said the meth was located inside of his cigarette

Prob12C
**Re: Moreno, Matthew Jacob**
**December 15, 2023**
**Page 2**

pack. The GPD officer transported Mr. Moreno to the Klickitat County Jail. At the Klickitat County Jail, meth was located in a sock that Mr. Moreno was wearing. Mr. Moreno seemed confused that the meth was in his sock and not in his cigarette pack. The suspected meth was discovered to be a pink crystal substance. The GPD officer cleared the Klickitat County Jail.

The suspected meth was photographed and weighed 0.9 grams, and was tested via a Narcotic Identification Kit (NIK). The NIK test showed the pink crystal substance was presumptive positive for meth. The positive test results of the meth was photographed.

Per the GPD Property Report, Mr. Moreno was in possession of 4.5 Grams of Marijuana.

On November 27, 2023, Mr. Moreno attended his arraignment hearing, and probable cause was found for the above charge.

On December 14, 2023, at 1:30 p.m., Mr. Moreno appeared in court for his trial status hearing. Mr. Moreno remains at Klickitat County Jail on above charge and the United States Marshal's warrant.

5          **Mandatory Condition #2:** You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence:** Mr. Moreno is alleged to have violated his conditions of supervised release by being in possession of methamphetamine on November 23, 2023.

Please refer to the narrative found in violation #1.

6          **Mandatory Condition #2:** You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence:** Mr. Moreno is alleged to have violated his conditions of supervised release by being in possession of marijuana on November 23, 2023.

Please refer to the narrative found in violation #1.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     December 15, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
**Re: Moreno, Matthew Jacob**
**December 15, 2023**
**Page 3**

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the
        violation(s) contained in this
        petition with the other
        violations pending before the
        Court.

[X]   Defendant to appear before the
        Magistrate Judge.

*Edward F. Shea*

———————————————
Signature of Judicial Officer

January 3, 2024
———————————————

Date