PROB 12C
(6/16)

Report Date: September 28, 2023

# United States District Court

#### for the

#### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 02, 2023**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Matthew Jacob Moreno | Case Number: | 0980 1:22CR02051-EFS-1 |
| Address of Offender: | ▓▓▓▓▓▓▓▓ Goldendale, Washington 98620 | | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 25, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 7 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(August 17, 2023) | Prison - 47 days<br>TSR - 58 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | September 18, 2023 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: | Tolling |

### PETITIONING THE COURT

To issue a warrant.

On August 17, 2023, Your Honor explained to Mr. Moreno the Court's expectations upon his release from custody. Mr. Moreno verbally stated he understood his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1:**  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence:** Mr. Moreno is alleged to have violated his conditions of supervision by failing to report to the probation office within 72 hours of release from the Kern County Jail on September 18, 2023.<br><br>On September 20, 2023, this officer contacted Mr. Moreno's assigned probation officer in California, and verified he was released from Kern County Jail on Monday, September 18, 2023. The probation officer also provided Mr. Moreno with reporting instructions to report to the Yakima Federal Courthouse to check in with the probation office. This officer |

Prob12C
Re: Moreno, Matthew Jacob
September 28, 2023
Page 2

attempted to contact Mr. Moreno by the last known cellular telephone listed but was unsuccessful.

On Friday, September 22, 2023, this officer received a telephone call from Mr. Moreno after business hours. Mr. Moreno said he arrived in Goldendale, Washington. This officer directed Mr. Moreno to report to the probation office on Monday, September 25, 2023, before 2 p.m. to complete his supervised release intake. Mr. Moreno said he would be there.

On Monday, September 25, 2023, Mr. Moreno failed to report to the probation office. This officer attempted to contact Mr. Moreno by the last known cellular telephone listed but was unsuccessful. This officer received a telephone call from staff at the federal defender's office stating they spoke to Mr. Moreno's mother, who agreed to transport Mr. Moreno to Yakima for his American Behavioral Health Service (ABHS) inpatient substance abuse treatment bed date on Tuesday, September 26, 2023, at 12:30 p.m.

On Tuesday, September 26, 2023, this officer attempted to contact Mr. Moreno by the last known cellular telephone listed but was unsuccessful.

On Wednesday, September 27, 2023, this officer emailed Mr. Moreno's ABHS release of information to verify if Mr. Moreno made it to inpatient substance abuse treatment. While waiting for a response, this officer contacted Mr. Moreno's mother, who said she did not take Mr. Moreno to his ABHS inpatient substance abuse treatment bed date pick-up in Yakima because he was scared to go. This officer asked Mr. Moreno's mother if he was around her so he could talk to him. She stated he was at home, but she would have him call me before 5 p.m. that same day. Mr. Moreno did not attempt to contact the probation office by 5 p.m.

2   **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation office about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** Mr. Moreno is alleged to have violated his conditions of supervision by failing to report to the probation office as directed on September 25, 2023 before 2 p.m.

Please refer to narrative found in Violation #1.

3   **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Moreno is alleged to have violated his conditions of supervision by failing to enter into substance abuse treatment on September 26, 2023.

Please refer to narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Moreno, Matthew Jacob**
**September 28, 2023**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 28, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

October 2, 2023

Date