PROB 12C
(6/16)

Report Date: May 6, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 06, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Matthew Jacob Moreno            Case Number: 0980 1:22CR02051-EFS-1

Address of Offender: ▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 25, 2022

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 7 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 17, 2023) | Prison - 47 days<br>TSR - 58 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 18, 2023 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To issue a warrant, and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on September 28, 2023, and December 14, 2023.

On March 21, 2024, Your Honor explained to Mr. Moreno the Court's expectations upon his release from custody. Mr. Moreno verbally stated he understood his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #1:**  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |

**Supporting Evidence:** Mr. Moreno is alleged to have violated his conditions of supervision by failing to report to the probation office within 72 hours of release from American Behavioral Health Systems (ABHS) on April 30, 2024.

On April 30, 2024, this officer contacted Mr. Moreno's counselor at ABHS and verified he completed inpatient substance abuse treatment.

On May 1, 2024, Mr. Moreno failed to contact the probation office or report to the probation office. This officer contacted the manager at the Alpha Recovery House in Yakima, Washington, and verified that Mr. Moreno had not contacted him since his release.

Prob12C

**Re: Moreno, Matthew Jacob**
**May 6, 2024**
**Page 2**

This officer contacted a family member/friend of Mr. Moreno, who resides in Yakima, to see if he had any contact with her since he was released from inpatient treatment on April 30, 2024. She informed this officer that Mr Moreno had spent the night at her house on April 30, 2024, but left for Goldendale, Washington, to stay with his mother and girlfriend. She also told Mr. Moreno he needed to check in with the probation office and Mr. Moreno responded that he knew he had 72 hours to check in. She provided me with a cellular telephone number for Mr. Moreno.  This officer attempted to contact Mr. Moreno but was unsuccessful.

On May 3, 2024, this officer attempted to contact Mr. Moreno's mother and girlfriend but was unsuccessful. At the time of this report, Mr. Moreno's whereabouts is unknown.

8          **Standard Condition #5:**  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence:** Mr. Moreno is alleged to have violated his conditions of supervision by failing to reside at the Alpha Recovery House in Yakima since April 30, 2024.

Please refer to narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in all future proceedings with the violations previously reported to the Court and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 6, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

5/6/2024
Date